IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARCUS HAHN,

       Plaintiff,

v.                                                                             No. CIV 09-583 JB/RLP

BERNALILLO COUNTY SHERIFF'S
OFFICE and STATE OF NEW MEXICO,

       Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Defendants' objections to the Magistrate Judge's Report and Recommendation, and the Court having conducted a *de novo* review of the record, finds that the objections are not well-taken and that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

**IT IS ORDERED** that: (i) the Magistrate Judge's Report and Recommendation is adopted by the Court and the Bernalillo County Sheriff's Office and the State of New Mexico's Motion to Dismiss (Doc. 22) is denied; and (ii) the case shall be remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

Marcus Hahn
USM# 18104-051
FCI Butner I
Butner, North Carolina

       *Plaintiff Pro Se*

Daniel J. Macke
Andrea I. Gunderson
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for the Defendant Bernalillo County Sheriff's Office*

J. Douglas Compton
John S. Stiff & Associates, LLC
Albuquerque, New Mexico

    *Attorneys for the Defendant State of New Mexico*